Opinion filed June 12, 2008 















 
 
  
 
 





 
 
  
 
 


Opinion filed June 12,
2008 

 

 

 

 

 

 

                                                                       
In The

                                                                             


    Eleventh Court of Appeals

                                                                  
__________

 

                                                         
No. 11-08-00107-CV

                                          
__________

 

                                   
 EMILIO H. CHAVEZ, Appellant

 

                                                            
V.

 

      
 TEXAS
TECH HEALTHCARE SYSTEM/DR. BEN LUONG, Appellees

 





 

                                        
On Appeal from the 106th District Court

 

                                                       
 Dawson County, Texas

 

                                             
Trial Court Cause No. 07-11-17801

 





 

                                            
M E M O R A N D U M    O P I N I O N

The trial court signed its judgment on
February 1, 2008.  Appellant filed a pro se notice of appeal but did not
file a motion for new trial.  We dismiss the appeal.

 

The appellate record was originally due to
be filed in this court on April 1, 2008.  When the record was not timely
filed, this court extended the due date to May 23, 2008.  Tex. R. App. P. 37.3(a)(1).  The clerk of the trial court has notified this court
in writing that appellant has failed to make arrangements to pay for the clerk=s record and has failed to file a
designation of record.  On May 5, 2008, the clerk of this court wrote the
parties and informed them that, unless appellant forwarded proof of payment and
designation of the record to this court on or before May 20, 2008, the appeal
would be subject to dismissal.  There has been no response to our May 20
letter.

Appellant did not file an affidavit of
inability to pay in compliance with Tex.
R. App. P. 20.1.  Therefore, the failure to file the clerk=s record appears to be due to appellant=s actions.  The appeal is dismissed.  Tex. R. App. P. 37.3(c).

 

 

PER CURIAM

 

June 12, 2008

 

Panel consists of:  Wright,
C.J.,

McCall, J., and
Strange, J.